LAW OFFICES OF

# DAVID J. SUTTON, P.C.

1205 FRANKLIN AVENUE • SUITE 320
GARDEN CITY, NEW YORK 11530
Telephone (516) 294-8797 • Facsimile (516) 294-2758
E-Mail: david@dsuttonlaw.com

**David J. Sutton**

*Of Counsel*
Larry J. Bonchonsky
Daniel J. Osojnak
Anthony N. Elia
Gregory A. Curry
Brian C. Pascale

<u>VIA ECF</u>

*[Handwritten: 7/19/10  Conference adjourned to 9/20/10 at 11:30 AM  So Ordered  USMJ]*

July 16, 2010

Hon. Michael L. Orenstein
Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>Glass v. Allenair Corporation</u>
            Civ.: 08-4154

Dear Judge Orenstein:

      This office represents the defendant in the above-referenced matter. A status conference is scheduled for July 21, 2010 before the Court. On May 10, 2010 the Court advised that "if all papers are served then conference will be cancelled." (Docket event # 30)

      The defendant has served its motion for summary judgment, but due to a recent revision of the briefing schedule, approved by Judge Wexler, the plaintiff now has until July 27 to serve his opposition, and the defendant has until August 10 to serve its reply. We do not expect a decision until late 2010.

      Since the motion for summary judgment is going forward, we request that the July 21 status conference be adjourned. The plaintiff consents to this request. We thank the Court for its attention to this matter.

Respectfully submitted,

Greg Curry (GAC 9375)

Re: *Glass v. Allenair Corporation*
Civ.: *08-4154*
Page 2
7/16/2010


cc:

BRENDAN CHAO
67 Cutter Mill Road
Great Neck, NY 11021