**THE LAW OFFICES OF DAVID J. SUTTON, P.C.**
Attorneys for Defendant
ALLENAIR CORPORATION d/b/a
A.K. ALLEN CO., INC.
1205 Franklin Ave., Suite 320
Garden City, NY 11530
(516) 294-8797

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RICHARD GLASS,

        Plaintiff,

-against-

ALLENAIR CORPORATION d/b/a
A.K. ALLEN CO., INC.,

        Defendant.
-------------------------------------------------------X

C.V.: 08 – 4154
(LDW) (MLO)

**NOTICE OF MOTION
FOR SUMMARY JUDGMENT**

     **PLEASE TAKE NOTICE**, that upon the annexed affirmation of Greg Curry, attorney for Defendant ALLENAIR CORPORATION d/b/a A.K. ALLEN CO., INC., dated June 4, 2010, the exhibits annexed thereto, accompanying memorandum of law, and upon all the papers and proceedings heretofore had herein, a motion for summary judgment will be made in this Court before the Hon. Leonard D. Wexler, at the United States District Court for the Eastern District of New York, 944 Federal Plaza, Central Islip, New York 11722, on July 20, 2010, pursuant to Fed. R. Civ. P. 56 dismissing plaintiff's complaint in its entirety and awarding defendant all such other and further relief as this Court deems just, proper, and equitable.

Dated: Garden City, New York
       June 4, 2010

                                       THE LAW OFFICES OF DAVID J. SUTTON, P.C.

                                       By: _____
                                           Greg Curry (GAC 9357)

TO: BRENDAN CHAO
Attorney for Plaintiff
67 Cutter Mill Road
Great Neck, NY 11021
(516) 466-2033